UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SCOTT DESROSIERS,

Plaintiff,

v.

MILDRED GARCIA, *et. al*,

Defendants.

Case No. 26-cv-02111-BAS-DEB

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (ECF No. 2)**

Plaintiff Scott Desrosiers concurrently filed a complaint against Defendants Mildred Garcia, Adela De La Torre, Jessica Rentto, Kirk Campbell, Terry Williams, Terry Doherty, Debra Lee, Mark Katz, Brandon Hart, and Tim Decker (ECF No. 1) and a motion to proceed in forma pauperis ("IFP") (ECF No. 2). It appears Plaintiff has submitted the short form application (AO 240) to request leave to proceed IFP. In this district, pro se litigants seeking IFP status are required to use the long form application (AO 239). Thus, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's application to proceed IFP. (ECF No. 2.) The Clerk is instructed to send Plaintiffs Form AO 239 ("Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)").

Plaintiffs shall complete the long form application and file it with this Court by **May 6, 2026**. Plaintiffs should note that the IFP application specifically instructs applicants not to leave any blanks, and to instead response "0," "none," or "not applicable (N/A)" as

- 1 -

necessary.  Failure to provide a complete IFP application may result in the Court's denial of the application.  Further, if Plaintiff does not timely file the IFP application, this case will be dismissed without prejudice.

**IT IS SO ORDERED.**

**DATED: April 22, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv2111