# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT DESROSIERS,<br><br>                              Plaintiff,<br><br>    v.<br><br>DR. MILDRED GARCIA, *et al.*,<br><br>                              Defendants. | Case No. 26-cv-02111-BAS-DEB<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO ELECTRONICALLY FILE DOCUMENTS (ECF No. 15)** |

Pending before the Court is Plaintiff Scott Desrosiers's motion requesting leave to file electronically using PACER-CM/ECF. (ECF No. 15.) Plaintiff, however, fails to state he has the necessary equipment and capabilities to electronically file documents or that he can ensure his compliance with ECF Administrative Policies and Procedures. *Cf In re Cisse*, No. 20-CV-01694-BAS-WVG, 2020 WL 6561426, at *2 (S.D. Cal. Nov. 9, 2020).

The Court therefore **DENIES** Plaintiff's motion. (ECF No. 15.) This decision is made without prejudice, and Plaintiff may renew his motion with additional information

26cv2111

regarding his capacity to file electronically and his compliance with ECF Administrative Policies and Procedures.  Additionally, the Court notes Plaintiff can file motions and associated papers with the Court via mail service if he chooses not to renew his motion.

**IT IS SO ORDERED.**

**DATED: June 12, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv2111